

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,151-06

### IN RE RAYMOND ANDREW DEBA, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 08-8-4438-CR IN THE 24TH DISTRICT COURT
### FROM GOLIAD COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that the 24th District Court of Goliad County is not complying with the directives contained in this Court's September 14, 2016 opinion granting relief. In that opinion, this Court set aside the judgment in this case and ordered that Relator be remanded to the custody of the Sheriff of Goliad County so that the indictment could be disposed of in accordance with this Court's opinion in *Ex parte Lo,* 424 S.W.3d 10 (Tex. Crim. App. 2013). The opinion stated that the trial court was to issue any necessary bench warrant within 10 days after the mandate of this Court issued. The mandate in this case issued on October 11, 2016. Relator alleges that he has not been bench-warranted back to Goliad County.

Respondent, the Judge of the District Court of Goliad County, shall file a response with this Court by stating whether Relator has been remanded to the custody of the Sheriff of Goliad County and whether the indictment in this case has been disposed of in accordance with this Court's opinion in *Ex parte Lo*. Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: January 11, 2017
Do not publish